AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED
MAR 12 2021
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | | | | | |
|---|---|---|---|---|---|
| V. | | | | **CRIMINAL COMPLAINT** | |
| Juan Rosa | YOB: | 1992 | USC | **SEALED** | Case Number: |
| ~~[redacted]~~ | YOB: | 1992 | USC | | **M-21-0534-M** |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 10, 2021** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, (*Track Statutory Language of Offense*)

knowing or in reckless disregard of the fact that Humberto Antonio Meza-Salinas and Gabriel Vasquez-Gutierrez, both citizens and nationals of Honduras, along with three (3) other undocumented aliens, for a total of five (5), who had entered the United States in violation of law, did knowingly transport, or move, or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Escobares, Texas to the point of arrest near Escobares, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**

I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On March 10, 2021 Border Patrol agents assigned to the Rio Grande City Border Patrol station were advised by a Department of Public Safety trooper that a group of suspected illegal aliens were walking along U.S. Highway 83, near Escobares, Texas. Agents responded and observed a group of six (6) subjects. While conducting immigration inspections on all subjects, five (5) were determined to be illegally present in the United States. The remaining subject, identified as Juan Rosa, was determined to be a United States citizen. The group of subjects advised agents that they were recently being transported in a black truck and the driver of the black truck stopped at a convenience store and told them to get off and follow Rosa, who agent later discovered was the passenger of the truck.

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Complaint authorized by AUSA A. Greenbaum

/S/ Annjeri Skarboszewski
Signature of Complainant

Annjeri Skarboszewski    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

March 12, 2021     6:58am
Date

at  McAllen, Texas
City and State

Nadia S. Medrano         , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-21-0534-M

**RE:** Juan Rosa

## CONTINUATION:

A Department of Public Safety trooper who arrived to assist agents, notified agents that he had conducted a traffic stop on a Black in color GMC Sierra exiting the convenience store the subjects claimed to have been dropped off at. The trooper conducted the stop due to the dark window tint on the truck. He identified the driver of the truck as ▮

**PRINCIPAL STATEMENT:**
Juan Rosa was read his Miranda Rights. He understood but declined to provide a sworn statement without the presence of an attorney.

**MATERIAL WITNESSES STATEMENTS:**
Humberto Antonio Meza-Salinas and Gabriel Vasquez-Gutierrez, both citizens and nationals of Honduras, were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Humberto Antonio Meza-Salinas stated he made his smuggling arrangements and paid $6,000 to be smuggled into the United States. Meza added he crossed the river on March 10, 2021 along with other six (6) subjects including two (2) rafters. Meza said the group was instructed to walk north and wait for a vehicle to pick them up. Meza stated they were instructed where to go by phone. A black pick-up truck arrived, and they were instructed to get in the vehicle. Meza stated the driver of the vehicle drove to an unknown place and told them to get out of the vehicle and wait for him. About two (2) hours later the vehicle returned and picked them up, but a subject was seated in the front passenger seat. Meza stated that the driver began driving erratically and he was afraid for his safety. Meza added the driver told them to get out because he was being followed by the police. He identified the convenience store near where they were apprehended as the location where the driver told them to get out. Meza stated the front passenger also got out of the vehicle. The driver instructed them to follow the front passenger.

Meza identified Juan Rosa through a photo lineup, as the front seat passenger of the black truck that was walking with them before they were arrested.

Meza identified ▮ as the driver of the vehicle.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-21-0534-M

**RE:** Juan Rosa

**CONTINUATION:**

Gabriel Vasquez-Gutierrez stated he made his smuggling arrangements and was to pay $6000.00. Vasquez-Gutierrez stated he crossed the Rio Grande River along with six (6) other subjects including two (2) smugglers. Vasquez stated they were instructed to hide and wait for a dark colored vehicle to pick them up. Vasquez added they saw a truck pull up and they ran towards the truck. Vasquez stated he sat in the front passenger seat next to the driver. Vasquez added the driver told him to put on his seatbelt, to use his face cover, and to remain calm. Moments later the driver noticed the police were following him and he dropped all of them off near a brushy area and told them to hide until he came back. Vasquez stated the black truck came back and he saw another man seated in the front passenger seat. Vasquez added that they drove for a few minutes but got dropped off at a store after seeing an Immigration vehicle parked. Vasquez was shown photos of a convenience store near where they were apprehended and positively identified the store as the location where they were dropped off.

Vasquez-Gutierrez identified Juan Rosa, through a photo lineup, as the co-pilot of the truck.